STATE OF NEW JERSEY v. DANIEL FRAZIER.

October 19, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES KING, JR.

October 19, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DONNIE SPEARMAN.

October 19, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES JACKSON.

October 19, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID JOHN PHILLIPS.

October 19, 1981.

Petition for certification denied.